UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Case Number: CV10-00066 PJH

JAMES L. O'HINES,

**CERTIFICATE OF SERVICE**

         Plaintiff,

  v.

COLE -HAHN, et al.,

         Defendant.
_____/

JAMES L. O'HINES,              Case Number: CV10-00065 PJH

         Plaintiff,

  v.

QUINTANA-QUINTELLA ENTERPRISES,

         Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Lynn O'Hines 197067
ASPC - Eyman Browning
P.O. Box 3400
Florence, AZ 85232

Dated: February 12, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk